**STATE of Missouri, Respondent,**

v.

**Willie CUBIT, Appellant.**

**No. WD 38510.**

Missouri Court of Appeals,
Western District.

April 21, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1987.

Application to Transfer Denied
July 14, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for two counts of assault, second degree, in violation of § 565.060, RSMo 1986, and for two counts of armed criminal action, in violation of § 571.015, RSMo 1986.

Judgment affirmed. Rule 30.25(b).